AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

LODGED
CLERK, U.S. DISTRICT COURT
3/28/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TV___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
3/28/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: *Valencia Munve* DEPUTY

UNITED STATES OF AMERICA

v.

AUSTIN LARMOUR,
 aka "John Doe,"

Defendant.

Case No.   2:24-mj-01788

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 27, 2019 in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2)(A), (b)(1) | Receipt of child pornography |

This criminal complaint is based on these facts: *Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
Complainant's signature

Joseph M. DeLuca, HSI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   3/28/24

_____
Judge's signature

City and state:   Los Angeles, California

Hon. Charles F. Eick
U.S. Magistrate Judge
*Printed name and title*

AUSA Yu (213) 894-2431
AUSA Campbell (714) 338-3541

**AFFIDAVIT**

I, Joseph DeLuca, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), and have been so employed since August 2021.

## II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint against, and arrest warrant for, Austin LARMOUR, for a violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1) (receipt of child pornography).

## III. BACKGROUND OF SPECIAL AGENT JOSEPH DELUCA

3. I am a SA with the DHS, HSI, and have been so employed since August 2021. I am currently assigned to the HSI Office of the Assistant Special Agent in Charge ("ASAC") Los Angeles International Airport ("LAX"), which is responsible for investigating federal crimes involving child exploitation, child pornography, cybercrimes, immigration crimes, human-rights violations, human smuggling, smuggling of narcotics, weapons, and other types of contraband, financial crimes, and various other violations of immigration and customs laws. Through my training, I have learned of HSI's criminal investigative authority, as well as investigative techniques. Through my training and experience, I have become familiar with the methods of operation used by people who are involved with the previously

1

mentioned offenses, including offenses involving the sexual exploitation of children.

4. Prior to my appointment in the HSI ASAC LAX office, I earned a Bachelor of Business Administration in Accounting from Temple University. Before my employment with HSI, I worked as an Asset Protection manager for Target Corporation. My duties included conducting investigations into financial fraud, employee misconduct, theft, and organized retail crime. As part of my duties as an SA with HSI, I investigate various violations of federal law. During my tenure as an SA, I have participated in various narcotics, financial, and child-exploitation investigations. As part of my law enforcement experience, I have conducted physical surveillance, participated in the execution of search and arrest warrants, reviewed evidence seized from digital devices, and participated in various enforcement operations.

5. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only and all numbers are approximate.

## IV. SUMMARY OF PROBABLE CAUSE

6. I obtained information from HSI Phoenix SA Joshua Fry that HSI Phoenix had identified Austin LARMOUR ("LARMOUR") as a distributor, recipient, and possessor of Child Sexual Abuse Material ("CSAM"). LARMOUR was identified during an HSI Phoenix child exploitation investigation involving multiple targets that were using the encrypted media application Telegram to sexually exploit children.

7. Specifically, as part of that investigation, HSI SAs obtained a Maricopa County Superior Court Search Warrant (Case No. SW2020-007878) for an iPhone 11 seized from one of the targets, Michael Spatz, on June 12, 2020. A review of Michael Spatz's phone conducted pursuant to that warrant showed that Spatz used multiple messaging applications, including Telegram, to discuss his sexual interest in children, as well as to exchange and/or receive child exploitative material.

8. One Telegram thread, or chat group, on Spatz's iPhone was titled "Hoes." The "Hoes" thread had approximately 18 members, including a member named "John Doe." "John Doe" was later identified as LARMOUR through the course of our investigation. Among other things, in the "Hoes" thread, "John Doe" identified himself as "Austin," who lived in "Orange County" and worked at Disneyland. This self-identification was corroborated through information obtained from another target, Quentin Carbajal.

   a. In the "Hoes" thread, LARMOUR enthusiastically discussed his sexual interest in children, repeatedly asked for

3

child sex abuse material, and encouraged others to engage in hands-on offenses with children. Specifically, on November 27, 2019, another "Hoes" thread member shared an approximately one minute, 52-second video depicting the rape of what appears to be a child under the age of 6. In response, LARMOUR acknowledged receipt and his review of the video, commenting: "That's be hot," "I wanna see more stuff like this," "This shit is hot guys," and "Send some more." At another time, LARMOUR expressed his desires to engage in hands-on offenses, saying: "I want to fuck a boy and watch him shoot his clear cum," "Honestly I'd love to mess around with a 7-8," and "I'd do any age tbh."

        b.   On or about May 16, 2020, LARMOUR, using Telegram name "John Doe," invited Telegram user "Joseph Hunter," who was later identified as Quentin Carbajal,[1] to the "Hoes" thread. In effect, this invite caused LARMOUR to distribute CSAM material to Carbajal by giving Carbajal access to numerous CSAM files contained inside the thread that had been shared by thread members. Later investigation revealed that Carbajal met LARMOUR at Disneyland, where they both used to work. According to Mirandized statements made by Carbajal, the two learned they shared a mutual interest in child pornography and other sexual fetishes while working together at Disneyland.

---

[1] Carbajal was identified through another member of the "Hoes" thread, Telegram user "Jack Me Off Perv," who provided HSI consent to take over his Telegram account. Through this takeover, HSI identified Carbajal's telephone number. HSI then served a subpoena for user information for that phone number and discovered that the phone number was being used by Carbajal.

4

9. On or about September 24, 2021, HSI Phoenix SAs conducted a consensual interview with LARMOUR at his apartment. LARMOUR was shown screenshot copies of the "Hoes" Telegram thread. LARMOUR admitted to his involvement in the thread and identified naked pictures of himself that he had uploaded to the group. He further admitted to inviting Carbajal to the thread and to attempting to organize a group trip to Disneyland with other thread members using his Disneyland employee privileges.

### V. STATEMENT OF PROBABLE CAUSE

#### A. Background of Operation Swipe Left

10. In 2021, the HSI Phoenix Cyber Crimes Group conducted Operation Swipe Left. Operation Swipe Left began with the arrest of a Gilbert, Arizona child predator, Michael Spatz, who was actively sexually assaulting his infant nephew and producing and distributing CSAM related to those assaults. The investigation revealed a ring of suspects in the United States, Australia, and South Africa. The suspects initially utilized proximity-based dating applications, including Tinder and Grindr, to identify individuals with an interest in the sexual abuse of children. The suspects then migrated from these dating applications to end-to-end encrypted applications including Telegram to house and distribute gigabytes of CSAM.

11. Spatz was identified by HSI via a referral from the National Center for Missing and Exploited Children ("NCMEC"). NCMEC had received information from the Royal Canadian Mounted Police involving a video they reviewed of a sexual assault of an infant child with Global Position System coordinates resolving

5

to 511 East Pinto Drive Gilbert, Arizona.  Thereafter, on or about June 12, 2020, HSI Phoenix special agents served a state search warrant at that address, which resulted in the rescue of the infant child.  Spatz was then arrested on June 26, 2020, for the hands-on sexual assault and sexual exploitation of the infant child.

12.  Also on June 12, 2020, HSI SA Joshua Fry conducted a consensual interview of Spatz in his Tempe, Arizona apartment.  During this interview, Spatz agreed to speak and cooperate with law enforcement.  Spatz admitted he was the individual in the video described above, depicting a sexual assault of an infant child.  Spatz stated he created a series of three videos and one still photo of the sexual assault of the infant and distributed the images to others via cellular phone applications, including Telegram.  Spatz stated his collection of CSAM was stored on his Apple iPhone 11.  Spatz provided the iPhone 11's passcode to agents and signed a consent form allowing agents to search the phone.  Spatz also showed agents where CSAM was stored on the iPhone 11.  Agents observed CSAM material on Spatz's phone.  The iPhone 11 was then seized from Spatz.

13.  Agents then obtained a Maricopa County Superior Court Search Warrant (Case No. SW2020-007878) for Spatz's iPhone 11.  A review of Spatz's iPhone 11 showed multiple messaging applications, including Telegram, in which Spatz discussed his sexual interest in children, as well as exchanged and/or received child exploitative material through those applications.

14. Spatz pled guilty to Arizona Revised Statute ("ARS") 13-3553 (Sexual Exploitation of a Minor) and was sentenced to 35 years' incarceration.

### B. "John Doe" – Later Identified as LARMOUR – Was an Active Member of the "Hoes" Telegram Thread

15. One thread, or group chat, identified on Spatz's iPhone was a Telegram thread titled "Hoes." The "Hoes" thread had approximately 18 members, some that had been identified as part of Operation Swipe Left or through other law enforcement efforts, and some that had yet to be identified. A review of the "Hoes" thread revealed that a primary function of this group was to discuss the members' common interest in the sexual exploitation of children. Members of this thread also distributed and received CSAM images in the thread through the messaging application.

16. On November 27, 2019, Telegram user "Zack," later identified as Zach Marsh,[2] invited Telegram user "John Doe" to the "Hoes" Telegram thread. Through the investigation, law enforcement was ultimately able to identify "John Doe" as LARMOUR by his self-identification as well as information corroborated by another "Hoes" member, Quentin Carbajal.

17. Specifically, a review of the "Hoes" thread showed that LARMOUR self-identified as "Austin" but told the group he was going by a fake name so that he could hide his identity ("Hey my names Austin I have myself as John Doe to stay

---

[2] Marsh pled guilty to ARS 13-3553 (Sexual Exploitation of a Minor), and, on or about November 16, 2022, was sentenced to 1 year incarceration, lifetime probation, and lifetime registration as a sex offender.

7

discreet"). He also provided details regarding his age ("22"), where he lived ("Orange County," "SoCal"), where he worked ("work at Disneyland"), and where he was from originally ("Born and raised in Santee").[3]




---

[3] The following are screenshots of the "Hoes" chat and are not intended to represent the entirety of the conversation among the participants.

8

18.  Thereafter, LARMOUR's involvement in the "Hoes" thread included commenting on CSAM videos that other thread members distributed within the thread, and engaging in dialog regarding the rape of children.  Based on my training and experience, individuals who participate in such discussions are particularly dangerous because they encourage and normalize their desires – including hands-on contact with children.

19.  For example, another "Hoes" thread member with the username of "Seb," later identified as Sebastian Protel,[4] stated that he worked at a soccer youth academy in Tucson and was



---

[4] Protel pled guilty to ARS 13-3553 (Sexual Exploitation of a Minor), and was later sentenced to 6 years' incarceration.

around a lot of teenage boys.  Encouraging Protel to engage in hands-on contact, LARMOUR agreed with another member that he should "fuck" one of the teenage boys who was "always semi hard."  LARMOUR also encouraged Protel to create child sex abuse material – telling him "[t]ake pictures next time," as in take photographs of the boys in the locker rooms.  In this same chat, LARMOUR then asked if the group had "ever done any incest" and when Protel responded "I've wanted," LARMOUR encouraged this behavior, saying "Nice."  Acknowledging LARMOUR's access to children given his employment at Disneyland, Protel commented that LARMOUR "must have lots of eye candy."  LARMOUR said "LOL absolutely."  LARMOUR continued to express his desires to touch a child saying: "I want to fuck a boy and watch him shoot his clear cum," "Honestly I'd love to mess around with a 7-8," and "I'd do any age tbh."

    20.  Later in the conversation on November 27, 2019, Protel shared on the "Hoes" thread an approximately one minute, 52-second video depicting the anal rape of what appears to be a boy between the ages of 5 to 8, which I have reviewed.  In response, LARMOUR acknowledged receipt and his review of the video, commenting "That's be hot," "I wanna see more stuff like this," "This shit is hot guys," and "Send some more."  Protel said he could not at the moment ("I can when I'm home or Zach can").  LARMOUR then followed up an hour later, actively requesting more child sex abuse material, asking "Y'all home now" – meaning if anyone was home and could now share the child sex abuse content he was seeking.



21. In response, Protel later distributed multiple videos of CSAM. By way of example, one of the videos shared was approximately 40 minutes in length. I have reviewed this video, which depicted a compilation of over 30 video clips. In these video clips, various sexual acts involving numerous different pre-pubescent children were depicted, including digital manipulation of genitalia of other children and adults, oral

11

rape, children performing acts of bestiality, minors engaging in anal and oral sex with each other, and other depictions of sexually explicit conduct.

    a.    Another video shared was approximately 44 seconds in length.  I have also reviewed this video, which depicted a male child who appeared to be between the age of 10-14.  The video depicted the child performing masturbation on himself.

    b.    Another video shared was approximately 44 seconds in length.  I have reviewed this video, which depicted two pre-pubescent male children, one appearing to be between the ages of 9-11, who was performing oral sex on the other child who appeared to be between the ages of 6-8.

22.    Later in the "Hoes" thread, Protel disclosed that he was almost able to convince a 14-year-old to come over to his house. Protel stated "I almost got this 14 year old to over over [sic] last night."  LARMOUR responded with "Hot" "Pics?" "How come he didn't?".

**C.    HSI Phoenix Identifies other "Hoes" Members (Ryan Hoberg and Quentin Joseph Carbajal) Which Leads to the Identification of LARMOUR**

23.    In the course of the investigation, agents attempted to identify the various members of the "Hoes" Telegram thread, which ultimately led to the identification of LARMOUR.

24.    For example, on December 8, 2020, HSI Phoenix along with the Mesa Police Department executed a search warrant on the

residence of Ryan Hoberg,[5] also known as Telegram user "Jack Me Off Perv" on the "Hoes" Telegram thread. During a Mirandized interview with Hoberg, Hoberg admitted to his involvement in the "Hoes" Telegram thread and also admitted that the thread included CSAM. Hoberg gave HSI consent to take over his Telegram account. He also gave HSI the passwords to his electronic devices. Hoberg's Telegram account showed that another "Hoes" thread member, "@junty95," had a contact phone number of 530-383-7036. HSI then served a subpoena to AT&T for user information for that phone number. Information obtained pursuant to that subpoena revealed that the phone number was financially liable to a Monica Carbajal, located in Woodland, California. It also revealed that the user of the phone number was listed as Quentin Carbajal with contact email QBALL95@att.net.

25. HSI then searched California Department of Motor Vehicle records for a "Quentin Carbajal." That search returned a California driver's license in the name of Quentin Joseph Hunter Carbajal located in Woodland, California.

26. A review of the "Hoes" Telegram thread showed that Carbajal was invited to the thread on May 16, 2020 by Telegram user "John Doe." "John Doe" was subsequently identified as LARMOUR by Carbajal, as described further below. By inviting Carbajal to join the "Hoes" thread, which contained numerous

---

[5] Hoberg pled guilty to ARS 13-3553 (Sexual Exploitation of a Minor), and on or about November 16, 2022, was sentenced to 6 years' incarceration, lifetime probation, and lifetime registration as a sex offender.

13

CSAM files, LARMOUR in effect distributed CSAM material to Carbajal by giving Carbajal access to those CSAM files and materials.

27. During a Mirandized interview, in addition to admitting his own conduct, Carbajal explained his relationship to LARMOUR.

    a. For example, Carbajal explained that he learned of the "Hoes" Telegram thread from LARMOUR, whom he met at Disneyland, where they had both been employed.

    b. Carbajal further explained that he and LARMOUR had been communicating over SnapChat and that, during these conversations, LARMOUR would send Carbajal naked pictures of himself.

    c. According to Carbajal, both Carbajal and LARMOUR discovered they had a mutual sexual interest in child pornography and other sexual fetishes. That mutual interest led LARMOUR to invite Carbajal to the "Hoes" Telegram thread.

    d. Carbajal told agents that LARMOUR had moved to Orlando, Florida to work at Walt Disney World.

    e. During the interview, Carbajal also identified two closeup photographs of a penis with a hand tattoo also visible in the frame. These photographs had been sent by user "John Doe" in the "Hoes" Telegram thread. Carbajal stated that the photographs were of LARMOUR.

    f. Carbajal also provided the agents with LARMOUR's Facebook, Instagram, and SnapChat account names.

28. Using the Facebook account name provided by Carbajal, HSI discovered that LARMOUR's Facebook reflected that LARMOUR's first name was "Austin," which is the same as the name provided by Telegram user "John Doe." LARMOUR was also from Santee, California, which is where Telegram user "John Doe" had said he was from in the "Hoes" Telegram thread. Additionally, a review of the various social media accounts Carbajal provided confirmed that LARMOUR had moved to Orlando, Florida to work for Walt Disney World, as Carbajal had previously stated.

### D. HSI Special Agents Interview LARMOUR

29. On September 24, 2021, HSI Phoenix and Orlando agents conducted a knock-and-talk at LARMOUR's Orlando, Florida apartment. LARMOUR and his domestic partner answered the door and agreed to consensually speak with agents. The following is a summary account of statements made by LARMOUR and not intended to be a verbatim account of everything said in the interview.

30. LARMOUR was shown screenshot copies of the "Hoes" Telegram thread dedicated to the discussion of the sexual abuse of children. LARMOUR admitted to his involvement in the group (including to being Telegram user "John Doe") and identified naked pictures of himself he had uploaded to the group. These were the same pictures previously identified by Carbajal as being LARMOUR. LARMOUR also admitted to making statements in the "Hoes" Telegram thread regarding his fantasy to sexually abuse young children between the ages of 7 and 8.

31. Additionally, LARMOUR explained to agents that he had discovered his coworker from Disneyland (Carbajal) was also

15

interested in CSAM. LARMOUR admitted to inviting Carbajal to the "Hoes" Telegram thread so that Carbajal could have a safe place to discuss their interests. LARMOUR said that this occurred while both LARMOUR and Carbajal were still working at Disneyland. LARMOUR also admitted to attempting to organize a group trip to Disneyland with other "Hoes" thread members since LARMOUR could get several individuals into the Disneyland park with his employee privileges. Finally, LARMOUR stated he had since moved to Orlando to work at the Disneyworld location.

32. LARMOUR claims to have never had physical contact with children and that his discussions about abducting and sexually assaulting children with other members of the "Hoes" Telegram thread were fantasy. LARMOUR stated he had deleted his Telegram account but had since reactivated it. LARMOUR provided agents permission to utilize his Telegram account by signing an account takeover form for his Telegram account and phone number, as well as a consent to search form for his cellular telephone.

E. **LARMOUR'S Continued Access to Children**

33. On or about March 8, 2024, I reviewed the Instagram profile for LARMOUR, which showed that he was still working for Walt Disney World. Among other things, I saw a photograph posted on February 4, 2024, which showed LARMOUR appearing to be dressed in a Walt Disney World employee uniform, tagging his location at Magic Kingdom in Walt Disney World. In the caption on the post, LARMOUR stated "Love spending days at the castle" with what appears to be a mouse, castle, and star emojis at the end of the caption.

34.  Based on my training and experience, individuals with a sexual interest in children often pursue and maintain employment where they can have access to children.  This enables them to hold themselves out to be authority figures to children, as well as continue to have access to them, should they decide to act on their sexual interest.

## VI. CONCLUSION

35.  Based on the foregoing, there is probable cause to believe that LARMOUR committed a violation of  § 2252A(a)(2)(A), (b)(1) (receipt of child pornography).

Joseph DeLuca,
Special Agent
Homeland Security
Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 28th day of March, 2024.

HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

17