CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
TERRA D. CASTILLO LAUGHTON (Bar No. 321683)
(E Mail: terra_laughton@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
AUSTIN LARMOUR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AUSTIN LARMOUR, <br><br> Defendant. | Case No. 8:24-cr-00065-FWS <br><br> **STIPULATION FOR ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Caitlin Jean Campbell and Kathy Yu, and Defendant Austin Larmour, by and through his counsel of record, Deputy Federal Public Defender Terra Castillo Laughton, hereby stipulate as follows:

1

1. On April 25, 2024, Magistrate Judge Embry J. Kidd of the Middle District of Florida ordered Mr. Larmour released on bond, subject to specified conditions of release.[1] ECF No. 8 (Rule 5 Documents) at 5. Pursuant to Mr. Larmour's bond conditions, he is on home detention and his travel is restricted to the Middle District of Florida and the Central District of California for court purposes. *Id.* at 6, 8.

2. On June 20, 2024, Mr. Larmour appeared in this District for his arraignment and change of plea hearing. At the arraignment, Magistrate Judge Early ordered that bond previously set in the Middle District of Florida would continue, with the following additional clarification: "that Defendant may not be employed by, affiliated with, own, control, or participate with the operation of any daycare facility, school, or other organization in the care, custody, or control of children under the age of 18." ECF No. 24 (Criminal Minutes - Arraignment).

3. At the change of plea hearing on June 20, 2024, this Honorable Court accepted Mr. Larmour's guilty plea and ordered him to remain on bond under the same terms and conditions. ECF No. 27 (Minutes of Change of Plea).

4. Undersigned defense counsel has been informed by Mr. Larmour's mother that she is getting married on September 28, 2024 in the Mission Bay area of San Diego, California, which is in the Southern District of California.

5. Mr. Larmour is currently living in Celebration, Florida. He is being supervised by Pretrial Services Officer Charles Sweatt of the Middle District of Florida, on courtesy supervision from the Central District of California.

6. On July 2, 2024, undersigned defense counsel spoke with Mr. Larmour's supervising officer in the Middle District of Florida, Officer Sweatt, who stated that he would defer to Pretrial Services in the Central District of California regarding this request. On July 2, 2024, undersigned defense counsel also spoke to Pretrial Services

---

[1] Because Judge Kidd did not require a surety or third-party custodian, this stipulation does not implicate Local Criminal Rule 46-2.1, which requires that such individuals provide written consent to any request to modify bond conditions.

Officer Luis Trujillo of the Central District of California, who stated that Pretrial does not object to this request.

7. Therefore, the parties respectfully request that the Court modify the bond conditions previously imposed on Mr. Larmour to allow him to attend his mother's wedding. Specifically, the parties request that Mr. Larmour be permitted to travel to the Southern District of California to attend his mother's wedding on September 28, 2024, by traveling to San Diego on September 27, 2024 and leaving San Diego on September 29, 2024. Conditions of home detention during this period are to be determined by Pretrial Services.

8. All other conditions previously imposed would remain the same.

IT IS SO STIPULATED.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 10, 2024      */s/ Terra D. Castillo Laughton*

TERRA CASTILLO LAUGHTON
Deputy Federal Public Defender
Attorney for Austin Larmour


E. MARTIN ESTRADA
United States Attorney

DATED: July 10, 2024      */s/\**

CAITLIN JEAN CAMPBELL
KATHY YU
Assistant United States Attorneys
Attorneys for Plaintiff

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.