**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>AUSTIN LARMOUR<br><br>                    Defendant. | Case No. 8:24-cr-00065-FWS<br><br>**ORDER RE STIPULATION FOR ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE [28]** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Austin Larmour's bond conditions [24] are modified as follows:  Mr. Larmour is permitted to travel to the Southern District of California to attend his mother's wedding on September 28, 2024, by traveling to San Diego on September 27, 2024, and leaving San Diego on September 29, 2024.  Conditions of home detention during this period are to be determined by Pretrial Services.  IT IS FURTHER ORDERED that all other bond conditions shall remain in full force and effect.

IT IS SO ORDERED.

DATED: July 11, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

CC: USPPO

1